FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 SEP -1 AM 9:12
CLERK CAdams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

PLANTATION SEED CONDITIONERS, INC. )
)
BOARD OF SUPERVISORS OF )
LOUISIANA STATE UNIVERSITY )
AND A & M COLLEGE, )
)
LOUISIANA STATE UNIVERSITY )
AGRICULTURAL CENTER, and )
)
FLORIDA AGRICULTURAL EXPERIMENT )
STATION, INC. n/k/a FLORIDA )
FOUNDATION SEED PRODUCERS )
)
Plaintiffs )
) CIVIL ACTION FILE
) NO.: 3:14-cv-00138-DHB-BKE
v )
)
)
FARMERS BEST FERTILIZER, INC., )
DANIEL R. COOK FARMS, and )
DANIEL R. COOK individually ) JURY DEMAND
)
Defendants )

## CONSENT ORDER

In resolution of all matters referred to within the Plaintiffs' Motion to Extend the Discovery Deadline and for Attorney's Fees and Costs Associated with Defendants' Failure to Comply with Court Ordered Discovery filed on the 20th day of July, 2016, the parties hereby agree to the following terms which are incorporated and agreed to by the Court.

Defendants are hereby ordered to pay to Plaintiffs' counsel the amount of $2,500.00 for attorney's fees and costs for actions to date necessitated by failure to adequately comply with the Court's Order [Doc. 30] regarding discovery guidelines.

1

SO ORDERED this \_\_\_1st\_\_\_ day of September, 2016, in Augusta, Georgia.

_____
Honorable Brian K. Epps
United States Magistrate Judge
Southern District of Georgia